Jonathan A. Grasso
YVS Law, LLC
11825 West Market Place, Suite 200
Fulton, Maryland  20759
(443) 569-0758
jgrasso@yvslaw.com
*Proposed Counsel for Julian's Recipe, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK
(Brooklyn Division)

| | | |
|---|---|---|
| In re: | * | |
| JULIAN'S RECIPE, LLC[1] | * | Case No: 24-42612 |
| | | (Chapter 11) |
| Debtor | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

DISCLOSURE OF COMPENSATION OF ATTORNEY
FOR DEBTOR PURSUANT TO FED.R.BANKR.P. 2016(b)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am a member of YVS Law, LLC ("YVS Law"), and I am an attorney for the above-named Debtor.  Compensation paid to YVS Law within one year before the filing of the petition in bankruptcy (the "Petition Date"), or agreed to be paid to YVS Law, for services rendered or to be rendered on behalf of and for the benefit of the Debtor, in contemplation of or in connection with the bankruptcy case, is as follows:

    (a) An ACH payment in the amount of $5,000.00 was received from Julian's Recipe, LLC on April 4, 2024 and deposited into escrow with YVS Law;

    (b) An ACH payment in the amount of $3,000.00 was received from Julian's Recipe, LLC on April 26, 2024 and deposited into escrow with YVS Law; and

    (c) A check in the amount of $50,000 was received from Alexander Dzieduszycki, the managing member of Julian's Recipe, LLC on May 29, 2024 and deposited into escrow with YVS Law.

2.  Payments were made within one year before the Petition Date to pay fees and expenses incurred as follows:

    (a) The amount of $6,159.50 was paid from escrow to YVS Law on May 13, 2024 for services rendered and expenses incurred from April 1, 2024 through April 30, 2024;

---

[1] The last four digits of the Debtor's federal tax identification number are 6290.

      (b)    The amount of $1,814.50 was paid from escrow to YVS Law on June 11, 2024 for services rendered and expenses incurred from May 1, 2024 through May 23, 2024;

      (c)    The amount of $43,790.50 was paid from escrow to YVS Law on June 20, 2024 for services rendered and expenses incurred from May 24, 2024 through June 20, 2024; and

      (d)    The amount of $1,738.00 was paid from escrow to YVS Law to cover the Chapter 11 filing fee on June 20, 2024.

3. YVS Law presently holds the balance of $4,471.50 as an initial retainer.

4. Other than those incurred after June 20, 2024, YVS Law had no unpaid fees or costs owed by the Debtor as of the Petition Date.

5. YVS Law has agreed to act as counsel to the Debtor provided it receives payment of its fees and expenses, subject to Court approval. The primary sources of compensation to be paid to YVS Law during this case is from the Debtor or, its assets, or funds provided pre-petition by the Debtor's managing member, Alexander Dzieduszycki.

6. Neither I nor YVS Law has agreed to share the above-disclosed compensation with any other person unless they are members or associates of YVS Law.

7. YVS Law has agreed to render legal service for all aspects of the bankruptcy case, including, without limitation:

      (a)    Advising the Debtor of its rights, powers and duties as a debtor and debtor in possession;

      (b)    Advising the Debtor concerning, and assisting in the negotiation and documentation of, financing agreements, debt restructurings, cash collateral arrangements and related transactions;

      (c)    Representing the Debtor in defense of any proceedings instituted to reclaim property or to obtain relief from the automatic stay under § 362(a) of the Bankruptcy Code;

      (d)    Representing the Debtor in any proceedings instituted with respect to certain Debtor's use of cash collateral;

      (e)    Reviewing the nature and validity of liens asserted against the property of the Debtor and advising the Debtor concerning the enforceability of such liens;

      (f)    Advising the Debtor concerning the actions that it might take to collect and to recover property for the benefit of the Debtor's estate including, but not limited to, claims against the Debtor's prior owner;

      (g)    Preparing on behalf of the Debtor all necessary and appropriate applications, motions, pleadings, draft orders,

        notices, schedules and other documents, and reviewing all financial and other reports to be filed in this Chapter 11 case;

(h)     Advising the Debtor concerning, and preparing responses to, applications, motions, pleadings, notices and other papers that may be filed and served in this Chapter 11 case;

(i)     Counseling the Debtor in connection with the formulation, negotiation and promulgation of a plan of reorganization or liquidation and related documents; and

(j)     Performing all other legal services it is qualified to handle for and on behalf of the Debtor that may be necessary or appropriate in the administration of this Chapter 11 case, including advising and assisting the Debtor with respect to debt restructurings, claims analysis and disputes, legal advice with respect to general corporate, bankruptcy, and finance, and matters and litigation other than for discrete matters for which special counsel may be retained.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to YVS Law for representation of the Debtor in this bankruptcy proceeding.

Dated: June 20, 2024                              /s/ Jonathan A. Grasso
                                                       Jonathan A. Grasso
                                                       YVS Law, LLC
                                                       11825 West Market Place, Suite 200
                                                       Fulton, Maryland  20759
                                                       (443) 569-0758
                                                       jgrasso@yvslaw.com

                                                       Counsel for Julian's Recipe, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of June 2024, notice of filing the Disclosure of Compensation of Attorney for Debtor Pursuant to Fed.R.Bankr.P. 2016(b) was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.

                                                        /s/ Jonathan A. Grasso
                                                       Jonathan A. Grasso

**The following parties received
CM/ECF notice of the filing:**

Jonathan A. Grasso, Esquire
(jgrasso@yvslaw.com)
Counsel for Debtor
YVS Law, LLC
11825 West Market Place, Suite 200
Fulton, Maryland  20759

Marylou Martin, Assistant U.S. Trustee
(marylou.martin@usdoj.gov)
Office of the United States Trustee
One Bowling Green, Room 510
New York, New York  10004